## UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

In Re:

Ronald Lemco and Valarie Sue Lemco

Debtor(s).

Case Number: 23–41636–BDL
Chapter: 13

---

**NOTICE OF ORDER CONFIRMING PLAN**

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an Order Confirming the Plan was signed on **January 11, 2024** by U.S. Bankruptcy Court Judge **Brian D Lynch**.

Dated: January 11, 2024

Gina Zadra Walton
Clerk, U.S. Bankruptcy Court